[L. A. No. 6867. In Bank.—March 31, 1921.]

MARY ELIZA STEWART et al., Petitioners, v. C. L. LOGAN, Registrar, etc., et al., Respondents.

[1] LAND TITLE LAW—CONFIRMATION OF TITLE—ENTRY OF DECREE.—Under the provisions of the act known as the land title law (Stats. 1915, p. 1932), the decree of the superior court determining and confirming title, provided for by sections 14, 15, and 16 of the act, must be entered upon the records of the court.

APPLICATION for a Writ of Mandamus to compel the filing of a certified copy of a decree confirming title under the land title law. Denied.

The certified copy of the decree ordering registration involved in this proceeding was refused filing because it appeared from the certificate that the decree had not been entered upon the records of the court.

James W. Bell for Petitioners.

THE COURT.—We are satisfied that under the provisions of the act known as the land title law, Statutes of 1915, page 1932, the decree of the superior court determining and confirming title, provided for by sections 14, 15, and 16 of the act, must be entered upon the records of the court.

The application for a writ of mandate is denied.

All the Justices concurred.